PEOPLE V BROWNELL, No. 137087; Court of Appeals No. 275943.

PEOPLE V FULTON, No. 137124. We are not persuaded that the questions presented should be reviewed by this Court. The issue that the defendant seeks to raise with regard to the denial of his successive motion for relief from judgment must first be presented in an application for leave to appeal in the Court of Appeals. Court of Appeals No. 284210.

PEOPLE V KENNETH HARRIS, No. 137385; Court of Appeals No. 281698. KELLY, C.J. I would grant leave to appeal.

*Summary Disposition January 16, 2009:*

PEOPLE V FERGUSON, No. 136211. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for reconsideration of that part of the defendant's application challenging the imposition of attorney fees in light of *People v Trapp (On Remand)*, 280 Mich App 598 (2008), and the prosecution's concessions that the trial court failed to articulate that it considered the defendant's ability to pay the cost of his court-appointed attorney at the time of sentencing and that a remand is necessary to enable the court to do so. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction. Court of Appeals No. 283172.

CORRIGAN, J. (*concurring*). I concur in the order remanding to the Court of Appeals for reconsideration in light of *People v Trapp (On Remand)*, 280 Mich App 598 (2008), only because the prosecution conceded in its brief before the Court of Appeals that defendant was entitled to a remand for the trial court to articulate that it considered defendant's ability to pay at the time of sentencing. Cf. *People v Trapp*, 482 Mich 1044 (2008).

HATHAWAY, J. (*not participating*). To avoid unnecessary delay to the parties in cases considered by this Court before I assumed office, I follow the practice of previous justices in transition and participate only in cases that need my vote to achieve a majority for a decision.